**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KATHLEEN FORTE,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | |
| | : | **NO. 14-5004** |
| **BED BATH & BEYOND, INC.,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

    **AND NOW**, this __21st__ day of March, 2016, upon consideration of Defendant's Motion for Summary Judgment (Doc. 16), Plaintiff's Response in Opposition (Doc. 18), and Defendant's Reply to Plaintiff's Response in Opposition (Doc. 22), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **DENIED**.[1]

 

**BY THE COURT:**

**/s/ Petrese B. Tucker**

_____

**Hon. Petrese B. Tucker, C.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated March 21, 2016.